| | |
|---|---|
| ANTONETTE GLASS, | No. 2:19-cv-02059 KJM AC PS |
| Plaintiff, | |
| v. | FINDINGS AND RECOMMENDATIONS |
| DISCOVERY FINANCIAL SERVICES, LLC., | |
| Defendant. | |

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

Plaintiff is proceeding in this action pro se. The action was accordingly referred to the undersigned for pretrial matters by E.D. Cal. R. ("Local Rule") 302(c)(21). Plaintiff filed her complaint on October 15, 2019. ECF No. 1. On October 16, 2019, a scheduling order was issued in this case ordering the plaintiff, who paid the filing fee, to complete service of process within 90 days. ECF No. 3 at 1. The deadline passed, and no proof of service was filed.

On January 15, 2020, the undersigned issued an order stating that "Plaintiff is Ordered to Show Cause, in writing no later than January 29, 2020, why this action should not be dismissed for failure to prosecute" due to plaintiff's failure to complete service. ECF No. 5 at 1. Plaintiff did not respond. Defendant has not appeared, and there is no indication that defendant has been served. Plaintiff has been cautioned multiple times that failure to complete service could lead to a

////

recommendation that the action be dismissed. Plaintiff has not responded to the court's orders, nor taken any action to prosecute this case.

Therefore, IT IS HEREBY RECOMMENDED that this action be dismissed, without prejudice, for lack of prosecution and for failure to comply with the court's order. <u>See</u> Fed. R. Civ. P. 41(b); Local Rule 110.

These findings and recommendations are submitted to the United States District Judge assigned to this case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within twenty-one (21) days after being served with these findings and recommendations, plaintiff may file written objections with the court. Such document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Local Rule 304(d). Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

DATED: January 30, 2020

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE